

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2016

No. 04-16-00477-CR

Cassey Marie **MORADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2407
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Appellant's attorney filed an *Anders* brief in this appeal. *See Anders v. California*, 386 S.W.2d 738 (1967); *see also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Appellant, who is incarcerated, has asserted her right to file a pro se brief and has filed a motion for pro se access to the appellate record.

We GRANT appellant's motion and ORDER the Clerk of this Court to prepare and send **a full and complete duplicate paper copy** of the clerk's record and the reporter's record in this case to appellant. Appellant's pro se brief is due December 19, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2016.



Keith E. Hottle
Clerk of Court